UNITED STATES of America, Plaintiff–Appellee,

v.

**Jose Javier LOPEZ–DIAZ, a.k.a. Javier Lopez–Diaz, Defendant–Appellant.**

No. 15–10216.

United States Court of Appeals, Ninth Circuit.

Submitted May 19, 2016.*

Filed May 23, 2016.

Krissa Marie Lanham, Donald J. Pashayan, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Daniel Robert Drake, Drake Law, PLC, Phoenix, AZ, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jose Javier Lopez–Diaz, Adelanto, CA, pro se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Jose Javier Lopez–Diaz appeals from the district court's judgment and challenges his guilty-plea conviction and 144–month sentence for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Diaz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez–Diaz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Lopez–Diaz has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.